IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

LARRY BERNSTEIN and DIANE BERNSTEIN,

    Plaintiffs,

vs.

CLEAR BLUE SPECIALTY INSURANCE COMPANY,

    Defendant,

_____/

## COMPLAINT FOR DAMAGES

COME NOW the Plaintiffs, LARRY BERNSTEIN and DIANE BERNSTEIN, (hereinafter referred to as the "Plaintiffs") by and through their undersigned counsel and file their complaint for damages against the Defendant, CLEAR BLUE SPECIALTY INSURANCE COMPANY, (hereinafter referred to as "Defendant") and state the following:

### PARTIES, JURISDICTION & VENUE

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000), exclusive of interest, costs and attorneys' fees.

2. Defendant is a Florida Corporation, organized and existing under the laws of Florida, qualified to do business in Florida, and has at all times material hereto conducting business in Lee County, Florida.

3. Venue is Proper in Lee County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Lee County, Florida, the subject property is located in Lee County, Florida and Defendant has engaged in substantial and not isolated activity within Lee County, Florida pursuant to Fla. Stat. §48.193 (2).

1

4. All conditions precedent to the filing of this lawsuit have occurred, have been waived, or have been performed.

## GENERAL ALLEGATIONS

5. At all times material hereto, in consideration of a premium paid by Plaintiffs, there were in full force and effect a certain homeowners insurance policy issued by Defendant with a policy number of AL91-005715-00 (hereinafter referred to as "Policy").

6. Plaintiffs are not in possession of a full copy of the insurance policy sued upon herein and are therefore unable to attach a copy of the entire policy that forms the basis of the Complaint. However, Plaintiffs hereby incorporate by reference the insurance policy pursuant to Fla. R. Civ. P. 1.350(a). A copy of the Policy will be obtained via Discovery.

7. Accordingly, under the terms of the Policy, the Defendant agreed to provide insurance coverage to Plaintiffs property against certain losses. The damaged property is located at 3530 Stuart Court, Fort Myers, Lee County, Florida 33901 (hereinafter referred to as "Property").

8. On or about September 28,2022, while the Policy was in full force and effect, the Property sustained damages due to Hurricane Ian (hereinafter referred to as "Loss") a covered peril under the policy. The high winds and rain produced by Hurricane Ian damaged the roof causing water leaks throughout the home. The damage includes but is not limited to rear elevation, kitchen/family room, hallway behind kitchen, back porch, laundry room, attached garage, pool 1/2 bathroom, entry room, living room, living room section 2, bedroom rear left 1, master bathroom, hallway bathroom, bedroom 1 upstairs, stairway, hall bathroom 2nd floor, hall bedroom rear upstairs 1, bedroom 1 downstair, attic storage, bedroom 3 upstairs, attic storage 2,

bathroom 4, second floor hallway, elevations, tree removal off home, tree removal blocking driveway, chimney, other structure, fence, and general items.

9. Shortly thereafter Plaintiffs reported the Loss to the Defendant.

10. Accordingly, Defendant assigned claim number SWYCSHO00317 and inspected the Property.

11. Subsequently, Defendant failed to adequately indemnify Plaintiffs for the Loss.

12. By its failure to tender an appropriate amount to repair the Property, Defendant has materially breached the Policy.

13. Defendant has failed to properly indemnify Plaintiffs for their losses stemming from the Loss.

14. Plaintiffs have suffered and continue to suffer damages resulting from Defendant's breach of the Policy.

15. Plaintiffs were obligated to retain the undersigned attorneys for the prosecution of this action and are entitled to reasonable attorneys' fees pursuant to Fla. Stat. §627.428.

## COUNT I
## BREACH OF CONTRACT

Plaintiffs reincorporate paragraphs 1 through 15 as if fully set forth herein.

16. It is undisputed that Plaintiffs and Defendant entered into a written contract, the Policy, wherein Plaintiffs agreed to pay a premium in exchange Defendant agreed to insure the Property.

17. Plaintiffs have paid all premiums due and owing as contemplated by the Policy, thus, fully performing their obligation under the Policy.

18. Further, at all times material hereto, Plaintiffs have satisfied all post-loss obligations accorded in the Policy, including but not limited to: (i) promptly reporting the Loss to

Defendant; (ii) providing all documents in their possession and control; and (iii) making the property available for inspection.

19.     Defendant has failed to properly indemnify Plaintiffs for their losses stemming from the covered peril.

20.     As a result of the foregoing, Defendant has breached the Policy.

21.     As a direct and proximate result of Defendant's breach of the Policy, Plaintiffs have sustained damages.

WHEREFORE, the Plaintiffs, LARRY BERNSTEIN and DIANE BERNSTEIN, hereby demand judgment against the Defendant, CLEAR BLUE SPECIALTY INSURANCE COMPANY, for damages, plus interest, court costs and reasonable attorneys' fees pursuant to Florida Statute §627.428, and that the drafts for insurance proceeds comply with Fla. Stat. § 627.70121.

**DEMAND FOR JURY TRIAL**

The Plaintiffs demand a trial by jury of all issues so triable.

Dated this 16th day of September, 2023.

M.S.P.G. LAW GROUP, PA<br>
Attorney for the Plaintiff<br>
770 Ponce de Leon Blvd., Suite 101<br>
Coral Gables, FL 33134<br>
Telephone: 305-444-1887<br>
Facsimile: 305-666-8427<br><br>
By:  <i>/s/ Leo A. Manzanilla</i><br>
LEO A. MANZANILLA, ESQ.<br>
FLA BAR NO.: 0652921<br>
For Service Document Only:<br>
Service@mspglawgroup.com

4